Whatortme was concerned about was he was hearing from me and I was not, and he said one thing he had never spoken to last month would be if I had a case in mind. But there does come a time when your jury's capable of claiming it's the first of the case it's not if it's the first of the horse's case it's the worst day in the horse's whole life you're doing a sort of chandelier role and you may run into those things. In case of trail that criminal society held at arms or a case in which they were doing a criminal seating and so on. You have to get your line to stay log and you use that stay log time to not get a question up the blindlet your motive is number 7. If you're pale and have a question it's a piece of paper you just roll it in. It has to be a food test you know, a 75天. That ends the court and the team in its floors. Whats happening with that? This is jay vasa lawn for a from us game. And so what here we squash or crease the case or Crinkle that brace and swore. We squash the file. Were at worst a we enter we don't brace. These two cases. caught and it's really suites case to cue. What we did Sunday morning and we go across we. I don't want this one where'm recover. and what's in each of the tea chances are positions question I'm going. yourself what vaulted and you. Like our. All your from about. Well just point. You I know it's all in place. We'll make our. Wouldn't it one. Was really strong a mixture. If you. Raise your. Issues you. Come. Well she I'm sure. I'm sure New York for year. A lot of questions. So. Okay. Okay. I'm going to be a little more specific here, but I believe we're in a changing brain, we're entering a new world, and we have all the legal bonds that we use to secure persuasion cases across the United States. And I think the answer to many of those questions is why are we re-opening our persuasion cases when we could just prosecute both parties, the federal parties and the federal government. Now, there's the problem with specifically to our account fund. We came forward to change our name. We're coming forward because we already tried. We tried to intervene. He denied that. We still still file on these features we have. We've run a bunch of filing lists. There's actually a fees order. It was the application that came out after he denied the intervention, and the change is that he denied any kind of knowledge or information concerning the parties in this case. And so now you're getting a particular extension. It could be a fee order. It could be a procedure. So, yes, and somehow we are parties to the re-opening of the persuasion cases. This is wrong. We have no ability to intervene here in this country. And I'll dive a little bit into the prosecuting. The prosecuting says it has to be supported. It has to be used. Well, it's just not statistical. In other words, it funds for many, many times. It basically says, don't bring in those. We're going to teach students. We're going to teach them for so many, so many times. So, he made it, he said, he made it to the agency for, he said, and it's a little bit sideways. He says, first of all, it's for support. So, that's the decision that came out. It's so confused. Well, he promised there would be a bar that's going to be touched by the court. He says, you can use this to help your party. It was successful for him to be in court. You know, he had to do this for his health just to be put back in court. And people didn't realize this until he gave these to us. Once they stepped out of Congress, they were put in court. And then you have such a huge responsibility. You know, like when I was part of the industry, since I've been in this industry, you know, you're counting the pieces falling down. And so, your clients see them. Their clients see you. And Judge Straub sees me. Okay. You know, seven years. It's just a few years. But both were hard for me. So, I'm not sure. Right? And I understand that. And I'm not sure that you need to bring this on. The users here in Washington, there were some clients that, like the neighborhood, that lost gold. And I was going to say, there were a lot of people that were not exclusive to the court-funded individual clients. So, there are certain things that also help me. It's that I'm not a part of every class in the system. I'm a part-funded individual. Correct. Correct. Yes. Oh, I see. Okay. Super-capital partners. Super-capital partners. Radiswong in my clinic. And all those companies were also part of this business. And they were represented in the district court in all those scenes, in the federal court. And then there's also the true, kind of, what's the name of the court in this story? RCS. Okay. So, C3 Capital, which is out there. Okay. So, the work of the C3 Capital client, C3 Capital was not a court-funded individual. It's a case where it wasn't. Radiswong was associated with all of this. But not C3 Capital. Correct. So, when it comes to that C3 Capital, I strongly assume. I don't remember you having any policy goals. Thank you. Sorry. I'm just saying this to you. You've got the claims against Swann. You've got the claims against C3 Capital. You've got the fraud on their team. But it seems that you're not doing a policy goal. So, I want to make sure that you're not, your associates at least, not thinking you're in any kind of distributional problems. And you're not inspiring anyone to drink something artificial. Okay. I'm sorry. I'm sorry to interrupt. Yes. Go ahead. So, the last point that I'm going to make is, okay, so, I've said to you a number of times, that you find your team, you find some standards, and you say, well, it's not going to work. And,
judges: Schroeder, Tashima, Owens